

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2015

No. 04-14-00364-CV

**IN THE MATTER OF THE MARRIAGE OF A.L.F.L.** and K.L.L.,
and in the Interest of K.A.F.L., A Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02421
Honorable Barbara Hanson Nellermoe, Judge Presiding[1]

## ORDER

Sitting:      Marialyn Barnard, Justice
Rebeca C. Martinez, Justice (dissenting with opinion)
Patricia O. Alvarez

The panel has considered appellee's motion for clarification. The motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] The Honorable Barbara Hanson Nellermoe retired as judge of the 45th Judicial District Court, Bexar County. Effective January 1, 2015, the Honorable Stephanie Walsh became judge of the 45th Judicial District Court, Bexar County.